IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:08cr15DCB-JCS

EFRAIN SANCHEZ-POZOS

## ORDER OF DISMISSAL
## COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, EFRAIN SANCHEZ-POZOS, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   June 6, 2008          By:   s/ Erin O. Chalk
                              Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this the ___10th___ day of June, 2008.

UNITED STATES DISTRICT JUDGE